IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **KENILWORTH MANOR, INC.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-237 MTT |
| | ) |
| **CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Motions to Dismiss (Docs. 9 and 30) (the "Motions") filed by Max Specialty Insurance Company and Max Specialty Insurance Services, Ltd. (referred to together as the Max Specialty Defendants). In these Motions, the Max Specialty Defendants ask the Court to dismiss the Plaintiff's claims against them. On September 22, 2010, the Plaintiff filed a Stipulation of Dismissal (Doc. 32) dismissing the Max Specialty Defendants from this litigation. Therefore, the Motions are **DENIED** as moot.

**SO ORDERED**, this the 12th day of October, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

jch